AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 6:18-mj- *1454* |
| ABDOOL AZIZ | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 29, 2018 _____ in the county of _____ Orange _____ in the _____ Middle _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422(b) | Attempted sexual enticement of a minor. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Kaufman, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/30/2018

_____
*Judge's signature*

City and state: _____ Orlando Florida _____

Karla R. Spaulding, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                        **CASE NO. 6:18-mj-**

**COUNTY OF SEMINOLE**

## AFFIDAVIT

I, Kevin Kaufman, Special Agent, Federal Bureau of Investigation (FBI), after being duly sworn, depose and state the following:

## INTRODUCTION

1.      I am a Special Agent with the FBI and have been so employed for approximately 14 years. I am currently assigned to the Violent Crimes Against Children Task Force of the Orlando, Florida office of the FBI, and participate in the investigations of sex crimes, child exploitation, child pornography and computer crimes. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2252 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors under 18 U.S.C. § 2422(b). I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

2.      I make this affidavit based upon personal knowledge derived from my participation in this investigation; information that I have learned from discussions with other FBI Special Agents and other law enforcement officers; and my review of evidence recovered in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant for ABDOOL AZIZ (AZIZ), I have not set forth each and every fact I learned as a result of this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described herein are set forth in substance and in part, rather than verbatim.

3.      I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and enforcement officers.

4.      This affidavit is submitted in support of a criminal complaint against AZIZ for a violation of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that AZIZ, using facilities and means of interstate commerce, that is, the Internet and a cellular phone, did knowingly

2

attempt to persuade, induce, or entice an individual who had not attained the age of 18 years to engage, through an adult intermediary, to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Sexual Battery, a violation of Fla. Stat. § 794.011(2); all in violation of 18 U.S.C. § 2422(b).

5.     18 U.S.C. § 2422(b) prohibits a person from using a means and facility of interstate or foreign commerce to knowingly attempt to persuade, induce, or entice an individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense.

## SUMMARY OF INVESTIGATION

6.     On May 3, 2018, while working in an undercover capacity, I joined several family incest groups on Facebook.  When I joined the groups, I observed several posts that focused on family incest to include father daughter sexual relationships.  While in the groups, I "liked" several posts referencing father daughter incest.  Based on my likes, I received a message in Facebook Messenger from a user identified as Evan Lennox, who was later identified as AZIZ.

7.     During the conversation, AZIZ asked me if I was into the "lifestyle".  I responded "Yes. Dad with 9 and 11 yo daughters".  AZIZ

3

responded "been trying to get into it".  AZIZ asked about the Philippines and stated "Isnt [sic] it legal at that age".  AZIZ inquired if my wife knew about my notional daughters having sex with me and stated that "The girls must like it." AZIZ inquired if I had met other people who were practicing incest.  I told AZIZ, I had met other people interested in incest from other states.  AZIZ asked, "you take any videos?" and requested that I send him some if "share[d]." AZIZ also stated that he "used to have a girl who used to facetime herself".

8.      AZIZ asked me how I trained my daughters to keep from telling their mother about my sexual activities and asked "which one is better at head?" After receiving an answer, AZIZ asked, "So do u fully penetrate or just tease?" AZIZ than asked if I have had any threesomes with my daughters and I informed AZIZ "Yeah.  They have a couple uncles ☺".  AZIZ responded "So you share them?" and I responded "Lol.  Yes.  Love to watch."

9.      On June 28, 2018, AZIZ re-contacted me at approximately 10:24 am through Facebook Messenger.  AZIZ stated his Facebook Messenger had reset and he did not know what we last talked about.  I informed AZIZ we were talking about my 9 and 11-year-old daughters.  AZIZ responded "Any updates on what your [sic] doing…Taught anything new, etc etc."  As the conversation continued, I learned AZIZ lived in Brooksville, Florida.  AZIZ asked if my wife had "suspected anything yet" referring to my sexual relationship with my

4

notional 9 and 11-year-old daughters. I responded no, and AZIZ replied "That's [sic] good for you lol...very good actually haha."

10.     As the conversation continued, AZIZ asked, "Have you started sharing them with other family members or just sticking with daddy lol". AZIZ further stated, "You are living the dream lol". AZIZ informed me he did not have any children and stated he hoped to meet a "lady with the same type of mind". AZIZ stated, "Would be great to chat about it in real life or see you all in action." I asked AZIZ what he had in mind and he responded "Whatever it is would have to be discreet. Either chill out n talk or you can show me how its [sic] done. Lol. Wouldnt [sic] want to do anything out of bounds for any rules u got in place."

11.     AZIZ asked how we could set up a meet and expressed concern about me being possible law enforcement. I assured AZIZ I was not law enforcement and asked AZIZ when we meet what should my daughters expect. AZIZ responded "Same things you would do" and asked when my wife was out of town. In an effort to further clarify AZIZ'S intentions, I asked what my daughters should expect. AZIZ responded, "Just oral I guess". I explained to AZIZ that I did not want to push him to doing anything he was not into. AZIZ responded, "I can do oral and fuck...Get blowjob and fuck lol...Not into anal". I asked AZIZ if he would be willing to follow the rules and AZIZ asked me

what the rules were. I responded that AZIZ could not engage in "rough stuff," or "bare back." I further told AZIZ that when the children "say enough, it all stops." AZIZ responded "Ok agreed…Those are fair and good rules".

12.      I inquired if AZIZ if he was interested in my nine-year-old or my eleven-year-old and AZIZ responded "11…Both are very lovely i bet." AZIZ then asked me for a picture of my daughters. In order to further clarify AZIZ'S intentions, I stated, "Just so we are clear. you are not a cop. this is not fantasy. I don't want to waist [sic] your time or my time if your [sic] not serious about this". AZIZ responded, "I am not a cop…And I am ready…And you are not a cop too…When can we do this? Tonight?" I explained to AZIZ that my wife would be leaving on a business trip the following day. AZIZ agreed to meet me for the purpose of engaging in sexual intercourse with my 11-year-old daughter the following day at a pre-arranged meeting location.

13.      On June 28, 2018 at approximately 4:32 pm, AZIZ asked, "What are some tips to help break the ice?" At approximately 6:11 pm, AZIZ inquired, "What helps when 'uncles' come over lol[?]"

14.      On June 29, 2018 at approximately 6:23 am, I responded, "Gifts. Candy, soda, money. Anything that their mom does not give them lol." As the conversation continued, AZIZ asked, "When was the last you had daddy play time? It must feel so good." I informed AZIZ that I told my daughters about

him and he stated, "Oh ok. What did they say?"

15.     At approximately 10:45 am, AZIZ asked me what my daughters looked like. I responded that the children have brown hair and blue eyes and looked like their mother. AZIZ responded by asking for a picture of the mother or a "blurred pic" of their mother "for safety." AZIZ further stated that I was lucky that the children did not tell their mother and described them as very "well trained."

16.     I explained to AZIZ he needed to bring condoms because I would have trouble explaining to a doctor why my 11-year-old is pregnant. AZIZ responded, "Yes condoms are in hand." As the conversation continued during the day, AZIZ asked, "Wat naughty stuff u done? So I know wat to try." AZIZ further asked, "who gives better blowjob?"

17.     During our conversation, AZIZ continued to express concerns regarding law enforcement.

18.     At approximately 5:03 pm, AZIZ requested, "Take a pic of something so i know its [sic] real or in the car...I am kind of near, traffic wasnt [sic] bad." At approximately 5:10 pm, AZIZ sent a message "I am at store nearby getting condoms lol." I told AZIZ that I was parked at the gas station in Lake Mary and described my vehicle. At approximately 5:40 pm, a gray 2017 Infiniti bearing Florida license plate SGS84 pulled alongside the passenger

side of the vehicle Task Force Officer (TFO) Steven McElyea and I were sitting in. The male driver later identified as AZIZ, partially rolled down the driver side window and TFO McElyea partially rolled down the passenger window. TFO McElyea stated, "I'm StevieB!" and asked AZIZ if he was "Evan." AZIZ responded "I'm Evan" and TFO McElyea asked AZIZ if he wanted to get beer from the store. AZIZ indicated no and stated he just wanted to follow TFO McElyea. TFO McElyea asked AZIZ if he was going to follow TFO McElyea to his house and AZIZ stated he would follow.

19.     As TFO McElyea drove off, AZIZ began to follow. I advised the assisting Seminole County Sheriff's Office (SCSO) investigators the subject traveling to meet the 11-year-old for sexual intercourse was driving the gray Infiniti. AZIZ was traffic stopped by SCSO investigators Stephen Breedlove, Joey Tirado, and Lilliam Agrinsoni. AZIZ was arrested and placed in handcuffs by Investigator Breedlove. AZIZ'S person was searched incident to arrest by Investigator Tirado. During the search of AZIZ'S person, Investigator Tirado located an Apple iPhone 10 left front pant pocket.

20.     I verbally advised AZIZ of his Miranda Rights and AZIZ stated he understood. I asked AZIZ if there was anything illegal in his vehicle and he replied "no." I asked AZIZ if he would consent to a search of his vehicle and he replied "yes." During the search of his vehicle, TFO McElyea located two

condoms in the center console of the vehicle. Additionally, in the center console, TFO McElyea located a fuel purchase store receipt from a store in Tampa, Florida with a time of 1:51 pm and a date of June 29, 2018.

21.     AZIZ was transported back to the Seminole County Sherriff's Office and was interviewed. The interview was recorded and prior to the interview, I reminded AZIZ that I had already provided his Miranda Rights when he was arrested. AZIZ acknowledged he understood his rights and acknowledged that he provided consent for law enforcement to search his vehicle. I read AZIZ his Miranda Rights. I asked AZIZ if he understood his rights. AZIZ had difficulty understanding his written Miranda Rights and after several minutes of trying to explain them to AZIZ it was determined the interview would be terminated based on AZIZ's claimed lack of understanding. AZIZ was transported to the Seminole County Jail and booked. At AZIZ's request, his vehicle was driven to the SCSO office and parked in the parking lot.

## CONCLUSION

22.     I believe there is probable cause that AZIZ, using facilities and means of interstate commerce, that is, the Internet and a cellular telephone, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Sexual

Battery, a violation of Fla. Stat. § 794.011(2); all in violation of 18 U.S.C. § 2422(b).

This concludes my affidavit.

_____
Kevin Kaufman, Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me
this ___30th___ day of June, 2018.

_____
Karla R. Spaulding
United States Magistrate Judge

10